[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 27, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-15346
Non-Argument Calendar
_____

D.C. Docket No. 05-00156-CR-JHH-RRA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GEORGE WILSON LEWIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(June 27, 2006)**

Before CARNES, PRYOR and COX, Circuit Judges.

PER CURIAM:

Rita M. Briles, appointed counsel for George Wilson Lewis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lewis's conviction and sentence are **AFFIRMED**.